FILED

JUL 1 3 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 06CR1692-GT |
|---|---|
| Plaintiff, | ORDER TRANSFERRING CASE |
| v. | |
| JESUS ANGEL COTA-PERALTA, | |
| Defendant. | |

IT IS HEREBY ORDERED this case is transferred to the Honorable Janis L. Sammartino for further proceedings.

This order is made without prejudice.

IT IS SO ORDERED.

Dated: July 13, 2009

GORDON THOMPSON, JR.
United States District Court Judge

cc: Chambers, Honorable Janis L. Sammartino